UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WEIZHI WANG,**

      Petitioner,

      v.

CIVIL ACTION NO.
26-11691-BEM

**ANTONE MONIZ,** *Superintendent,*
*Plymouth Correctional Facility,*
**PATRICIA HYDE,** *Field Office Director***,**
**MICHAEL KROL,** *HSI New England Special*
*Agent in Charge,*
**TODD LYONS,** *Acting Director U.S Immigrations*
*and Customs Enforcement; and*
**MARKWAYNE MULLIN,** *U.S. Secretary of Homeland Security***,**
**TODD BLACHE,** *Acting Attorney General***,**
**DONALD J. TRUMP,** *U.S. President,*

      Respondents.

## <u>FINAL JUDGMENT</u>

MURPHY, D.J.

      In accordance with this Court's Order (ECF #15) issued on April 21, 2026, granting in

part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

      Judgment for the Petitioner against the Respondents.

                          BY THE COURT,

                          ***/s/ Marlene Martins***

DATED: April 21, 2026                Deputy Clerk